*THE LAW OFFICES OF JONATHAN MARSHALL*
82 COURT STREET
FREEHOLD, NJ 07728
(732) 450-8300
(732-450-8377 Fax
Attorneys for Defendant, *Keith Michael Lisa*

| | |
|---|---|
| UNITED STATES OF AMERICA, | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| Plaintiff, | : |
| | : |
| | : MAG NO. : 2:25-mj-12213-JBC |
| vs. | : |
| | : |
| KEITH MICHAEL LISA | : **SUBSTITUTION OF ATTORNEY** |
| Defendant. | : |

The undersigned hereby consent to the substitution of the Law Offices of Jonathan F. Marshall as Attorney for the Defendant Keith Michael Lisa in the above-entitled action.

BY: *Jonathan F. Marshall*
    Jonathan F. Marshall, Esq.
    Superseding Attorney

BY: *Candace Hom*
    Candace Hom, Esq.
    Withdrawing Attorney

Dated: December 1, 2025

Dated: 12/01/2025