# FEDERAL PUBLIC DEFENDER
### DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

November 21, 2025

Honorable José R. Almonte
United States Magistrate Judge
Martin Luther King, Jr., Federal Courthouse
50 Walnut Street
Newark, NJ  07102

  Re: <u>United States v. Keith Michael Lisa, Mag. No. 25-12213</u>

Dear Judge Almonte:

  On November 17, 2025, the Court convened an initial appearance in the above-captioned case.  As discussed at the hearing, please accept this letter response as to two issues that remained outstanding: 1) whether Mr. Lisa waives his right to a preliminary hearing; and 2) whether Mr. Lisa consents to proceed before a magistrate judge.

  I met with Mr. Lisa yesterday and I can confirm to the Court that Mr. Lisa wishes to waive his right to a preliminary hearing.  In addition, Mr. Lisa does not consent to proceed before a magistrate judge, and thus he does not waive his right to proceed before a United States district judge.

  I thank the Court for its consideration of this submission.  Please contact me with any questions.

          Respectfully submitted,

          /s/Candace Hom
          Assistant Federal Public Defender